FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 28, 2016
JAMES W. McCORMACK, CLERK
By: /s/ Carrie Young D.C.
    DEP CLERK

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:15-m-07006-MEH-01

DOCKET NUMBER *(Rec. Court)*
4:16-CR-146 JM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| BRANDI R. JONES | COLORADO | |

NAME OF SENTENCING JUDGE: Michael E. Hegarty, U.S. Magistrate Judge

DATES OF PROBATION/SUPERVISED RELEASE: FROM 07/30/2015 TO 07/29/2017

OFFENSE
Driving Under Restraint (BAC > .08)
Driving Under Restraint (Alcohol Related)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF COLORADO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of of Arkansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/19/2016  _Date_    /s/ Michael E. Hegarty
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Arkansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/15/16  _Effective Date_    /s/ [signature]
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2015

JEFFREY P. COLWELL
CLERK

Case/Violation No.: 2/4617485

THE UNITED STATES OF AMERICA,
    Plaintiff,
vs.
BRANDI R. JONES
    Defendant(s),

---

**INFORMATION**
Driving Under the Influence (BAC >.08)
Colorado Revised Statute 42-4-1301(2)(a)

---

The United States Attorney charges that:

**Count II**
(CRS 42-4-1301(2)(a))

On or about August 4, 2014, within the special maritime and territorial jurisdiction of the United States, in the State and District of Colorado, namely, Fort Carson Military Reservation, BRANDI R. JONES, Defendant herein, drove or was otherwise in control of a motor vehicle while under the influence of alcohol, drugs, or both, with a blood alcohol content above .08, in violation of Colorado Revised Statute 42-4-1301(2)(a) as assimilated by Title 18, United States Code, Section 13.

Dated: 12 MAY 2015

JOHN WALSH
United States Attorney

By: _____
JOHN R. DEXTER
Special Assistant US Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 15-mj-07006-MEH-01 |
| BRANDI R. JONES | Richard F. Bednarski (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 2 and 3 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-1301(2)(a) | Driving Under the Influence (BAC > .08) | 08/04/2014 | 2 |
| CRS 42-2-138(1)(d) | Driving Under Restraint (Alcohol Related) | 08/04/2014 | 3 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Information is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 30, 2015
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/4/2015
Date

DEFENDANT:  BRANDI R. JONES
CASE NUMBER:  15-mj-07006-MEH-01                                                      Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 days imprisonment on Count 2; 30 days imprisonment on Count 3, to run consecutively, for a total of 90 days imprisonment.

The defendant shall surrender to the United States Marshal for this district on August 19, 2015 by 10:00 a.m.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  BRANDI R. JONES
CASE NUMBER:  15-mj-07006-MEH-01                                                  Judgment-Page 3 of 6

# PROBATION

The defendant is hereby placed on probation for a term of two (2) years.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

DEFENDANT: BRANDI R. JONES
CASE NUMBER: 15-mj-07006-MEH-01 Judgment-Page 4 of 6

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in and complete a Level II Drug and Alcohol education program as directed by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
2) The defendant shall perform a total of 48 hours through Front Range Community Inc., or Army Community Services, to include 2 (two) hours through Mother's Against Drunk Driving/Victim Impact Panel as directed by the probation officer.

DEFENDANT: BRANDI R. JONES
CASE NUMBER: 15-mj-07006-MEH-01              Judgment-Page 5 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 2 | $25.00 | $0.00 | $750.00 | $0.00 |
| 3 | $25.00 | $0.00 | $750.00 | $0.00 |
| **TOTALS** | $50.00 | | $1,500.00 | $0.00 |

DEFENDANT: BRANDI R. JONES
CASE NUMBER: 15-mj-07006-MEH-01                                                      Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

All fines and special assessments fees are to be paid in full no later than July 30, 2016.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest.

TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:15-mj-07006-MEH All Defendants
## Internal Use Only

Case title: USA v. Jones

Date Filed: 03/25/2015
Date Terminated: 07/30/2015

Assigned to: Magistrate Judge Michael E. Hegarty

**Defendant (1)**

**Brandi Jones**
*TERMINATED: 07/30/2015*

represented by **Richard F. Bednarski**
Sherman & Howard, L.L.C.-Colorado Springs
90 South Cascade Avenue
Suite 1500
Colorado Springs, CO 80903
719-448-4084
Fax: 719-635-4576
Email: rbednarski@shermanhoward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Philip W. Ogden**
Philip W. Ogden, Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
719-964-7772
Fax: 719-635-1248
Email: phil@ColoradoSpringsLaw.net
*TERMINATED: 04/16/2015*
*Designation: CJA Appointment*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 24 day of June 2016
JEFFREY P. COLWELL
By B.S.O.N.
Deputy

**Pending Counts**

DRIVING UNDER THE INFLUENCE
WITH BAC >.08 C.R.S. 42-4-1301(2)
(a)
(2)

**Disposition**

60 days imprisonment (consecutive); 2 years supervised probation (concurrent); must complete a Level II Drug and Alcohol education program; 48 hours of community service; $750.00 fine; $25.00 assessment

DRIVING UNDER RESTRAINT

30 days imprisonment (consecutive); 2

| | |
|---|---|
| (ALCOHOL RELATED) C.R.S. 42-2-138 (1)(d)<br>(3) | years supervised probation (concurrent); $750.00 fine; $25.00 assessment |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| DRIVING UNDER THE INFLUENCE C.R.S. 42-4-1307(5)(a)<br>(1) | |
| POSSESSION OF AN OPEN ALCOHOLIC BEVERAGE CONTAINER IN A VEHICLE C.R.S. 42-4-1305<br>(4) | |

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|
| 18:13-7990.M DROVE VEHICLE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS OR BOTH, 18:13-7990.M DROVE VEHICLE WITH BLOOD ALCOHOL CONTENT OF .08 OR MORE, 18:13-7990.M DROVE MOTOR VEHICLE WHEN LICENSE UNDER RESTRAINT (SUSPENDED), 18:13-7990.P POSSESSED AN OPEN ALCOHOLIC BEVERAGE CONTAINER IN A MOTOR VEHICLE. | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **John R. Dexter**<br>Office of the Staff Judge Advocate-Fort Carson<br>1633 Mekong Street<br>Building 6222<br>Fort Carson, CO 80913<br>719-526-8979<br>Fax: 719-526-1469<br>Email: john.r.dexter6.mil@mail.mil |

LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

**Amy A. Foley**
Office of the Staff Judge Advocate-Fort Carson
1633 Mekong Street
Building 6222
Fort Carson, CO 80913
719-524-0662
Email: amy.a.foley.mil@mail.mil
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

**David Howard Rittgers**
Office of the Staff Judge Advocate-Fort Carson
1633 Mekong Street
Building 6222
Fort Carson, CO 80913
719-526-8979
Email: david.h.rittgers.mil@mail.mil
ATTORNEY TO BE NOTICED
Designation: Federal Agency Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2014 | 1 | Violation Notices # 2/4617484 Drove Vehicle Under the Influence of Alcohol or Drugs or Both, 2/4617485 Drove Vehicle with Blood Alcohol Content of .08 or More, 2/4617486 Drove Motor Vehicle When License Under Restraint Suspended, 2/4617487 Possessed an Open Alcoholic Beverage Container in a Motor Vehicle as to Brandi Jones (1). (Attachments: # 1 Exhibit Violation Notice, # 2 Exhibit Violaton Notice, # 3 Exhibit Violation Notice) (bdiem) (Entered: 03/26/2015) |
| 12/17/2014 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen M. Tafoya: Initial Appearance as to Brandi Jones held on 12/17/2014. Defendant present on violation notice. John Dexter on behalf of the Government. Criminal Justice Act counsel appointed. (Total time: 2 minutes, Hearing time: 9:56 am to 9:58 am)<br><br>**APPEARANCES**: FTR: Colorado Springs am. (bdiem) Text Only Entry (Entered: 03/26/2015) |
| 12/17/2014 | 3 | CJA 23 Financial Affidavit by Brandi Jones. Phil Ogden Appointed. (bdiem) (Entered: 03/26/2015) |
| 12/17/2014 | 4 | NOTICE OF HEARING as to Brandi Jones. Arraignment reset for 1/7/2015 10:00 AM in Suite 1000 (Colorado Springs) before Magistrate Judge Michael E. Hegarty. (bdiem) (Entered: 03/26/2015) |

| | | |
|---|---|---|
| 01/07/2015 | 5 | NOTICE OF HEARING as to Brandi Jones. Arraignment reset for 2/25/2015 10:00 AM in Suite 1000 (Colorado Springs) before Magistrate Judge Craig B. Shaffer. (bdiem) (Entered: 03/26/2015) |
| 02/03/2015 | 6 | MOTION for Discovery by Brandi Jones. (bdiem) (Entered: 03/26/2015) |
| 02/06/2015 | 7 | ORDER RE: MOTION FOR DISCOVERY granting 6 Motion for Discovery as to Brandi Jones (1) by Magistrate Judge Craig B. Shaffer on 2/6/2015. (bdiem) (Entered: 03/26/2015) |
| 02/09/2015 | 8 | MINUTE ORDER Withdrawing Order on Motion for Discovery as to Brandi Jones re 7 Order on Motion for Discovery, 6 MOTION for Discovery filed by Brandi Jones by Magistrate Judge Craig B. Shaffer on 2/9/2015. (bdiem) (Entered: 03/26/2015) |
| 02/25/2015 | 9 | MINUTE ORDER as to Brandi Jones Arraignment set for 3/25/2015 10:00 AM in Suite 1000 (Colorado Springs) before Magistrate Judge Michael E. Hegarty. Reset due to light docket. Parties contacted court and agreed upon a reset date of 3/25/2015, by Magistrate Judge Craig B. Shaffer on 2/25/2015. Text Only Entry (bdiem) (Entered: 03/26/2015) |
| 03/25/2015 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment as to Brandi Jones held on 3/25/2015. Amy Foley on behalf of the Government. Phil Ogden on behalf of the defendant. Plea of NOT GUILTY entered by defendant. Defendant present on violation notice. Informations filed. Defendant advised. Court requested Prosecution file a superseding Information with all four counts on one document. Parties to Conference call Judge Hegarty's Chambers on 3/26/2015 at 2:00 p.m to set Trial dates. (Total time: 60 minutes, Hearing time: 10:57 am to 11:57am)<br><br>**APPEARANCES**: FTR: Colorado Springs am. (bdiem, ) Text Only Entry (Entered: 03/26/2015) |
| 03/25/2015 | 11 | INFORMATION as to Brandi Jones (1) count(s) 1, 2, 3, 4. (Attachments: # 1 Exhibit Penalty Sheet Ct. 1, # 2 Exhibit Information Ct. 2, # 3 Exhibit Penatly Sheet Ct. 2, # 4 Exhibit Information Ct. 3, # 5 Exhibit Penalty Sheet Ct. 3, # 6 Exhibit Information Ct. 4, # 7 Exhibit Penalty Sheet Ct. 4) (bdiem) (Entered: 03/26/2015) |
| 03/25/2015 | 12 | CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 3/25/2015. (bdiem) Modified text to correct file date on 3/27/2015 (bdiem, ). (Entered: 03/27/2015) |
| 03/25/2015 | 13 | DISCOVERY CONFERENCE MEMORANDUM AND ORDER filed by CJA Phil Ogden in Support by Brandi Jones. (bdiem) (Entered: 03/27/2015) |
| 03/25/2015 | 14 | DISCOVERY ORDER as to Brandi Jones. Prosecution's Discovery due by 4/8/2015,by Magistrate Judge Michael E. Hegarty on 3/25/2015. (bdiem) (Entered: 03/27/2015) |
| | | |

| | | |
|---|---|---|
| 03/25/2015 | 15 | ORDER RE: MOTION FOR DISCOVERY filed by CJA Phil Ogden as to Brandi Jones, by Magistrate Judge Michael E. Hegarty on 3/25/2015. (bdiem) (Entered: 03/27/2015) |
| 03/25/2015 | 16 | MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH OF VEHICLE DRIVING BY DEFENDANT IN VIOLATION OF THE 4TH AMENDMENT TO THE UNITED STATES CONSTITUTION, by Brandi Jones. (bdiem) (Entered: 03/27/2015) |
| 03/25/2015 | 17 | MOTION TO SUPPRESS EVIDENCE OF INVOLUNTARY BLOOD DRAW, by Brandi Jones. (bdiem) (Entered: 03/27/2015) |
| 03/25/2015 | 18 | AFFIDAVIT OF EL PASO COUNTY COURT JUDGE STEPHEN J. SLETTA, by Brandi Jones (bdiem) (Entered: 03/27/2015) |
| 03/25/2015 | 19 | MOTION, IN THE ALTERNATIVE, FOR THE COURT TO PROVIDE A U.S. DISTRICT COURT MAGISTRATE JUDGE TO RENDER TESTIMONY CONCERNING THE COURT'S PROCEDURES, HOURS OF OPERATION AND AVAILABIILTY TO ISSUE SEARCH WARRANTS BY TELEPHONIC OR ELECTRONIC MEANS DURING THE PERIOD OF TIME RELEVANT TO PENDING MOTION OR TO TAKE JUDICIAL NOTICE THEREOF FOR PURPOSE OF SAID PENDING MOTION, by Brandi Jones. (Attachments: # 1 Appendix Appendix A)(bdiem, ) (Entered: 03/27/2015) |
| 03/25/2015 | 20 | MOTION TO DECLARE UNCONSTITUTIONAL THE COLORADO EXPRESS CONSENT STATUTE AS VIOLATIVE OF DEFENDANT'S RIGHT TO EQUAL PROTECTION UNDER THE LAW AS GUARANTEED BY THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION AND FOR EXCLUSION OF EVIDENCE OBTAINED THEREBY, by Brandi Jones. (Attachments: # 1 Appendix Appendix A)(bdiem, ) (Entered: 03/27/2015) |
| 03/26/2015 | 21 | MINUTE ORDER as to Brandi Jones. Upon further reflection the Court has determined that no superseding Information from the Prosecution is needed, by Magistrate Judge Michael E. Hegarty on 3/26/2015. Text Only Entry (bdiem) (Entered: 03/27/2015) |
| 03/26/2015 | 22 | ORDER SETTING TRIAL AND MOTIONS HEARING as to Brandi Jones. Motions due by 4/3/2015. Responses due by 4/10/2015. Replies due by 4/17/2015. Motion Hearing set for 4/24/2015 01:30 PM. Trial Preparation Conference set for 5/14/2015 at 02:30 PM. Two day Jury Trial set for 6/1/2015 09:00 AM. All Hearings to be held in Courtroom A 501 before Magistrate Judge Michael E. Hegarty, by Magistrate Judge Michael E. Hegarty on 3/26/2015. (bdiem) (Entered: 03/27/2015) |
| 03/27/2015 | 23 | MOTION for Order *Requesting Entry of Minute Order or Written Order* by Brandi Jones. (Ogden, Philip) (Entered: 03/27/2015) |
| 03/27/2015 | 24 | MOTION for Leave to Restrict by Brandi Jones. (Ogden, Philip) (Entered: 03/27/2015) |

| | | | |
|---|---|---|---|
| 03/27/2015 | 🔒 | 25 | RESTRICTED DOCUMENT - Level 3: by Brandi Jones. (Ogden, Philip) (Entered: 03/27/2015) |
| 03/27/2015 | 🔒 | 26 | FPD MOTION for Issuance of Subpoena in Forma Pauperis, First MOTION For Issuance of Subpoenas *in Forma Pauperis* by Brandi Jones. (Attachments: # 1 Appendix A)(Ogden, Philip) (Entered: 03/27/2015) |
| 04/08/2015 | 🔒 | | (Court only) ***Attorney update in case as to Brandi Jones. S.A.U.S.A. John R. Dexter for USA added. (bdiem) (Entered: 04/08/2015) |
| 04/08/2015 | | 27 | MOTION for Order *in Aid of Investigation* by Brandi Jones. (Ogden, Philip) (Entered: 04/08/2015) |
| 04/09/2015 | | 28 | MINUTE ORDER as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 4/9/2015. Motion Hearing set for 4/10/2015 11:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty regarding docket numbers 23 Motion for Order Requesting Entry of Minute Order or Written Order, 24 Motion for Leave to Restrict, & 26 FPD Motion for Issuance of Subpoena in Forma Pauperus and 27 Motion for Order in Aid of Investigation. (mdave ) Modified on 4/10/2015 to edit text (mdave ). (Entered: 04/09/2015) |
| 04/09/2015 | | 29 | MINUTE ORDER as to Brandi Jones. This matter comes before the Court *sua sponte*. At the motions hearing scheduled for tomorrow, April 10, 2015, in this case, counsel for the parties may appear by telephone by first teleconferencing together, then calling my chambers at (303) 844-4507 at the appointed time. So ORDERED by Magistrate Judge Michael E. Hegarty on 4/9/15. (amont) (Entered: 04/09/2015) |
| 04/10/2015 | | 30 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: granting 23 Motion for Order Requesting Minute Order or Written Order as to Brandi Jones (1); granting 24 Motion for Leave to Restrict as to Brandi Jones (1); granting 26 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Brandi Jones (1); granting 26 Motion For Issuance of Subpoenas as to Brandi Jones (1); denying 27 Motion for Order in Aid of Investigation as to Brandi Jones (1); Motion Hearing as to Brandi Jones held on 4/10/2015. IT IS ORDERED THAT counsel for the defendant is to submit the prepared subpoenas for issuance and IFP service. FTR: Courtroom A 501. APPEARANCES: Philip Ogden for the defendant, Ken Pillard, investigator, and John Dexter for the USA. Hearing time: 17 mins, 11:23-11:40 a.m. (mdave ) Text Only Entry Modified on 4/10/2015 to add parties. (mdave, ). Modified on 4/13/2015 to add the time (mdave ). (Entered: 04/10/2015) |
| 04/10/2015 | | 31 | RESPONSE to Motion by USA as to Brandi Jones re 16 MOTION to Suppress *Vehicle Search* (Dexter, John) (Entered: 04/10/2015) |
| 04/10/2015 | | 32 | RESPONSE to Motion by USA as to Brandi Jones re 20 MOTION for Order *Declaring Unconstitutional EC* (Dexter, John) (Entered: 04/10/2015) |
| | | | |

| 04/10/2015 | 33 | RESPONSE to Motion by USA as to Brandi Jones re 17 MOTION to Suppress *Involuntary Blood Draw* (Dexter, John) (Entered: 04/10/2015) |
|---|---|---|
| 04/10/2015 | 🔒 | (Court only) ***Terminate Deadlines for Restricted Document motion 25 as to Brandi Jones. (nmarb, ) (Entered: 05/08/2015) |
| 04/13/2015 | 34 | MINUTE ORDER as to Brandi Jones. Motion Hearing for 4/24/2015 is vacated and is reset for 5/6/2015 03:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty, by Magistrate Judge Michael E. Hegarty on 4/10/2015. (bdiem) (Entered: 04/13/2015) |
| 04/16/2015 | 35 | MOTION to Withdraw as Attorney by Philip W. Ogden by Brandi Jones. (Ogden, Philip) (Entered: 04/16/2015) |
| 04/16/2015 | 36 | AMENDED MINUTE ORDER Resetting Hearing on Motions as to Brandi Jones. 17 MOTION to Suppress, 19 MOTION for Order, 20 MOTION for Order, 16 MOTION to Suppress by Magistrate Judge Michael E. Hegarty on 4/16/2015. Motion Hearings set for 5/7/2015 03:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (mdave ) (Entered: 04/16/2015) |
| 04/16/2015 | 37 | ORDER ON MOTION TO WITHDRAW AS COUNSELgranting 35 Motion to Withdraw as Attorney. Philip W. Ogden withdrawn from case as to Brandi Jones (1) by Magistrate Judge Michael E. Hegarty on 4/16/2015. It is further ORDERED that an attorney from the Criminal Justice Act panel shall be appointed to represent the Defendant. (mdave, ) (Entered: 04/16/2015) |
| 04/16/2015 | 38 | ORDER APPOINTING CJA COUNSEL as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 4/16/2015. Text Only Entry (mdave, ) (Entered: 04/16/2015) |
| 04/16/2015 | 🔒 | (Court only) ***Terminate Hearings as to Brandi Jones: hearings on 5/6/2015 are reset to 5/7/2015 per 36 Amended Minute Order (mdave, ) Modified on 4/22/2015 to edit file date (mdave, ). (Entered: 04/21/2015) |
| 04/20/2015 | 39 | CJA 20/30 Appointment of Richard F. Bednarski for Brandi Jones by Magistrate Judge Michael E. Hegarty on 4/20/2015. (shugh) (Entered: 04/20/2015) |
| 05/04/2015 | 40 | Unopposed MOTION to Continue *Motions Hearing and Trial* by Brandi Jones. (Attachments: # 1 Proposed Order (PDF Only))(Bednarski, Richard) (Entered: 05/04/2015) |
| 05/04/2015 | 41 | MINUTE ORDER by Magistrate Judge Michael E. Hegarty on 05/04/15granting 40 Motion to Continue Trial and Motions hearing, as to Brandi Jones (1). The motions hearing and trial are vacated. Counsel to call to reschedule. (nmarb, ) (Entered: 05/05/2015) |
| 05/07/2015 | 42 | ORDER Resetting Trial and Motions Hearing as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 5/7/15. Jury Trial set for two days beginning on 7/16/2015 09:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Motion Hearing set for 6/26/2015 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. |

| | | |
|---|---|---|
| | | Hegarty. Trial Preparation Conference set for 6/26/2015 at 02:00 PM in Courtroom A 502 before Magistrate Judge Michael E. Hegarty. (nmarb, ) (Entered: 05/08/2015) |
| 06/23/2015 | 43 | NOTICE of Disposition by Brandi Jones (Bednarski, Richard) (Entered: 06/23/2015) |
| 06/23/2015 | 44 | MINUTE ORDER granting 43 Defendant's Notice of Disposition and Motion to Vacate Motions Hearing and Trial by Magistrate Judge Michael E. Hegarty on 6/23/2015. The motions hearing currently scheduled for 6/26/2015 and the trial scheduled to commence 7/16/2015 are vacated. Change of Plea Hearing set for 7/16/2015 09:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. 16 Motion to Suppress Evidence as to Brandi Jones is denied as moot. 17 Motion to Suppress Evidence as to Brandi Jones is denied as moot. 19 Motion to Provide a US District Court Magistrate Judge is denied as moot. 20 Motion to Declare Unconstitutional the Colorado Express Consent Statue is denied as moot. (mdave, ) (Entered: 06/24/2015) |
| 06/25/2015 | 🔒 45 | CJA 21/31 Payment Request as to Brandi Jones. (Attachments: # 1 CJA Attachment)(Ogden, Philip) (Entered: 06/25/2015) |
| 06/25/2015 | 🔒 46 | CJA 20/30 Payment Request as to Brandi Jones. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Ogden, Philip) (Entered: 06/25/2015) |
| 07/14/2015 | 47 | Unopposed MOTION to Continue *Change of Plea Hearing* by Brandi Jones. (Attachments: # 1 Proposed Order (PDF Only))(Bednarski, Richard) (Entered: 07/14/2015) |
| 07/14/2015 | 48 | MINUTE ORDER granting 47 Motion to Continue Change of Plea Hearing as to Brandi Jones (1) by Magistrate Judge Michael E. Hegarty on 7/14/2015. Change of Plea Hearing set for 7/30/2015 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (mdave, ) (Entered: 07/15/2015) |
| 07/30/2015 | 49 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Change of Plea Hearing as to Brandi Jones held on 7/30/2015, Sentencing held on 7/30/2015 as to defendant Brandi Jones. Defendant sentenced as reflected on the record. Defendant is to report to the Marshal in Colorado Springs on 8/19/2015 before 10:00 a.m. (Total time: 56 mins, Hearing time: 10:36-11:32 a.m.)<br><br>**APPEARANCES:** Captain John Dexter on behalf of the Government, Richard Bednarski on behalf of the defendant. FTR: Courtroom A 501. (mdave, ) Text Only Entry Modified on 7/31/2015 to edit reporting date (mdave, ). (Entered: 07/30/2015) |
| 07/30/2015 | 🔒 | (Court only) ***Terminate Hearings as to Brandi Jones: Change of Plea Hearing held on 7/30/2015 (mdave, ) (Entered: 08/03/2015) |
| 07/30/2015 | 50 | AMENDED DOCUMENT by USA as to Brandi Jones Amendment to 11 Information - Misdemeanor showing accurate title of charge. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Criminal Information Sheet)(bdiem) (Entered: 08/04/2015) |
| 07/30/2015 | | 51 | JUDGMENT as to defendant Brandi Jones (1), Count(s) 2, 60 days imprisonment (consecutive); 2 years supervised probation (concurrent); must complete a Level II Drug and Alcohol education program; 48 hours of community service; $750.00 fine; $25.00 assessment; Count(s) 3, 30 days imprisonment (consecutive); 2 years supervised probation (concurrent); $750.00 fine; $25.00 assessment, MAGISTRATE CASE TERMINATED as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 8/30/2015. (mdave, ) (Entered: 08/07/2015) |
| 08/18/2015 | 🔒 | 53 | CJA 20/30 Payment Authorization as to Brandi Jones, by Magistrate Judge Michael E. Hegarty on 8/18/2015. (tscha, ) (Entered: 09/22/2015) |
| 08/20/2015 | 🔒 | 52 | CJA 20/30 Payment Request as to Brandi Jones. (Attachments: # 1 CJA Attachment)(Bednarski, Richard) (Entered: 08/20/2015) |
| 09/16/2015 | 🔒 | 54 | CJA 20/30 Payment Authorization as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 9/16/15. (dbrow, ) (Entered: 11/04/2015) |
| 11/06/2015 | 🔒 | 55 | CJA 21/31 Payment Request as to Brandi Jones. (Attachments: # 1 CJA Attachment)(Ogden, Philip) (Entered: 11/06/2015) |
| 11/06/2015 | | 56 | Petition to Modify Conditions of Probation as to Brandi Jones (Attachments: #1 Proposed Order (PDF Only), #2 Waiver of Hearing); (Judgment 51 ) (rsanc) (Entered: 11/06/2015) |
| 11/09/2015 | | 57 | ORDER by Magistrate Judge Michael E. Hegarty on 11/09/15 granting 56 Petition Modifying Conditions of Supervision as to Brandi Jones (1). Further ordered that all terms and conditions of supervision previously imposed remain in full force and effect. (nmarb, ) (Entered: 11/09/2015) |
| 12/07/2015 | 🔒 | 58 | CJA 21/31 Payment Authorization as to Brandi Jones by Magistrate Judge Michael E. Hegarty on 12/7/2015. (shugh) (Entered: 12/31/2015) |
| 06/24/2016 | | 59 | Probation/Supervised Release Jurisdiction Transfer to Eastern District of Arkansas as to Brandi Jones. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (bdiem) (Entered: 06/24/2016) |