IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                              NO. 4:16CR00146-JM

BRANDI R. JONES                                                 DEFENDANT

## ORDER

Brandi R. Jones appeared before the court for an initial appearance after being arrested on a petition to revoke conditions of supervised release. Jones requested a detention hearing to determine whether she could be released pending the revocation hearing, which is set for July 12, 2016 before Honorable James M. Moody Jr. The detention hearing was held July 5, 2016. Based on agreement of the parties, the Court orders Jones released from custody to undergo drug and mental health treatment pending her revocation hearing. The Court further orders that all other conditions of release remain in effect.

IT IS SO ORDERED this 7th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE