**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:16cr00146-01 JM

BRANDI R. JONES                                                                              DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of supervised release of Defendant Brandi Jones. (Docket Entry #19). The government has also requested that a summons be issued for the defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **WEDNESDAY, SEPTEMBER 14, 2016, at 11:00A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **BRANDI JONES** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris Tarver is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 12th day of September, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE